UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY GETTINGS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SHASTA, et al.,<br><br>Defendants. | No. 2:21-cv-1139 DAD DB PS<br><br><br><br>ORDER |

Plaintiff Jimmy Gettings commenced this action on June 28, 2021 proceeding pro se. The matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On January 20, 2023, however, counsel filed a substitution of attorney on plaintiff's behalf. (ECF No. 27.)

Because plaintiff is no longer proceeding pro se in this action, Local Rule 302(c)(21) no longer applies and the case will be referred back to the assigned District Judge. Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21);

2. All dates pending before the undersigned are vacated[1]; and

3. Henceforth the caption on documents filed in this action shall be No. 2:21-cv-1139 DAD DB with the "PS" designation being eliminated.

Dated: January 26, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\gettings1139.refer.ord

---

[1] Defendants' submitted motion to dismiss (ECF No. 23) remains submitted and will be decided by the assigned District Judge.

2