UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY GETTINGS,<br><br>        Plaintiff,<br><br>    v.<br><br>RYAN KACALEK, et al.,<br><br>        Defendants. | No. 2:21-cv-01139-DJC-DB<br><br><br>ORDER TO SHOW CAUSE |

On September 20, 2023, Defendants filed a Motion to Dismiss. (ECF No. 40.) Pursuant to Local Rules for this district, the deadline for Plaintiff to file an opposition or statement of non-opposition was fourteen days after the Motion to Dismiss was filed. L.R. 230(c); *see also* Fed. R. Civ. P. 78. Fourteen days have passed and Plaintiff has failed to file an opposition, statement of non-opposition, or a request for an extension of time to do so.

Accordingly, IT IS HEREBY ORDERED that within seven days of this order Plaintiff must show cause in writing why the Court should not construe Plaintiff's failure to file a timely opposition as a non-opposition to Defendant's motion and why this case should not be dismissed for failure to prosecute or in the alternative, why counsel for the Plaintiff should not be subject to monetary sanctions for failure to comply with

////

////

court orders and the Local Rules.  *See* Local Rule 230(c).  Additionally, the hearing on the Motion to Dismiss set for 10/26/2023 at 1:30 P.M. is VACATED.  Local Rule 230(g).

Dated:  October 12, 2023             /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE