# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY GETTINGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHASTA COUNTY SHERIFF'S DEPUTY RYAN KACALEK, and SHASTA ANIMAL CONTROL OFFICER MOLLY ROBERTS, and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-001139-DJC-SCR<br>District Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Hon. Sean C. Riordan<br><br>**ORDER MODIFYING THE SCHEDULING ORDER BY EXTENDING THE EXPERT DISCOVERY DEADLINES**<br><br>Filed Date:　06/28/21<br>Trial Date:　03/23/26 |

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

///

///

---

1

**ORDER MODIFYING THE SCHEDULING ORDER BY EXTENDING THE EXPERT DISCOVERY DEADLINES**

IT IS HEREBY ORDERED that the operative Scheduling Order deadlines [see Dkt. Doc. 57] are continued as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Expert Disclosures | May 9, 2025 | May 23, 2025 |
| Rebuttal Expert Disclosures | June 6, 2025 | June 20, 2025 |
| Expert Discovery Cut-Off | July 4, 2025 | July 18, 2025 |

**IT IS SO ORDERED.**

DATED: May 7, 2025

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA**

By: /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**ORDER MODIFYING THE SCHEDULING ORDER BY EXTENDING THE EXPERT DISCOVERY DEADLINES**