# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY GETTINGS,<br><br>    Plaintiff,<br><br>    v.<br><br>SHASTA COUNTY SHERIFF'S DEPUTY RYAN KACALEK, and SHASTA ANIMAL CONTROL OFFICER MOLLY ROBERTS, and DOES 1-25, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-01139-DJC-SCR<br>District Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Hon. Sean C. Riordan<br><br>**ORDER MODIFYING THE TIME TO MEET AND CONFER REGARDING DISPOSITIVE MOTIONS**<br><br>Complaint Filed Date:    06/28/21<br>2nd Amended Complaint: 09/06/23<br>Trial Date:              03/23/26 |

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that the deadline is continued as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Deadline to Meet & Confer re Dispositive Motions | August 13, 2025 | August 20, 2025 |

IT IS SO ORDERED.

Dated: August 13, 2025        /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE