**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JIMMY GETTINGS,

          Plaintiff,

    v.

SHASTA COUNTY SHERIFF'S DEPUTY RYAN KACALEK, and SHASTA ANIMAL CONTROL OFFICER MOLLY ROBERTS, and DOES 1-25, inclusive,

          Defendants.

Case No. 2:21-cv-001139-DJC-SCR
District Judge: Hon. Daniel J. Calabretta
Magistrate Judge: Hon. Sean C. Riordan

**ORDER CONTINUING THE PRETRIAL CONFERENCE AND TRIAL**

Filed Date:    06/28/21
FAC Filed:    09/26/22
SAC Filed:    09/06/23
Trial Date:    03/23/26

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

////

1

**ORDER CONTINUING THE PRETRIAL CONFERENCE AND TRIAL**

IT IS HEREBY ORDERED that the operative Scheduling Order deadlines [*see* Dkt. Doc. 57] are continued as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Pretrial Conference | February 12, 2026 | September 17, 2026 |
| Trial | March 23, 2026 | November 30, 2026 through December 8, 2026 |

**IT IS SO ORDERED.**

Dated:  January 29, 2026                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

**ORDER CONTINUING THE PRETRIAL CONFERENCE AND TRIAL**